[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 566.]

THE STATE OF OHIO, APPELLANT, *v.* PATTON, APPELLEE.

[Cite as *State v. Patton*, 1998-Ohio-5.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment reversed and trial court's finding that defendant is a sexual predator reinstated on authority of State v. Cook.*

(No. 97-2318—Submitted October 13, 1998—Decided November 18, 1998.)

APPEAL from the Court of Appeals for Union County, No. 14-97-13.

_____

*R. Larry Schneider*, Union County Prosecuting Attorney, and *Rick Rodger*, Assistant Prosecuting Attorney, for appellant.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} The trial court's finding that Jerry L. Patton is a sexual predator is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____